In the Matter of the Application of Patrick H. Bird, Respondent, for an Order against Frank J. Taylor, as Comptroller of the City of New York, Appellant.— Orders affirmed, with costs and disbursements. No opinion. Present — Martin,

P. J., O'Malley, Townley and Cohn, JJ.; Townley, J., dissents and votes to reverse.